# AFFIDAVIT OF SERVICE

Index #: 6:18-cv-06828-CJS
Date Filed: _____
Court Date: _____
Assigned Justice: _____

**WESTERN DISTRICT OF NEW YORK**
**UNITED STATES DISTRICT COURT**

File No.: _____

---

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF BROOKS BROTHERS PAINTING OF ROCHESTER, INC.

vs.

AMBUILD COMPANY, LLC, ET AL

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

---

STATE OF New York, COUNTY OF ALBANY SS.:

__James Perone__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Tuesday, December 4, 2018** at **2:20 PM** at **C/O NYS DEPT OF FINANCIAL SERVICES, 1 COMMERCE PLAZA, ALBANY, NY 12210** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on: **LIBERTY MUTUAL INSURANCE COMPANY** __Defendant__ therein named.

**CORPORATION #1** [X] By delivering to and leaving with **Catherine Andi, authorized clerk** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**DESCRIPTION #2** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 51 - 65 Yrs.   Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.   Other Features:
(use with #1, 2 or 3)

**#3 WIT. FEES** [ ]  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** [ ]

Sworn to before me on this 4th day of December 2018

DONNA M. TIDINGS
Notary Public, State of New York
No. 01TI4898570
Qualified in Albany County
Commission Expires June 15, 2019



James Perone

Job # S1815314

**Servico, Inc., P.O. Box 871, Albany, NY 12201**