UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA for the Use
and Benefit of BROOKS BROTHERS
PAINTING OF ROCHESTER, INC.,

                     Plaintiff,

v.

AMBUILD COMPANY, LLC, GLOBAL
URBAN ENTERPRISES, L.L.C., and
LIBERTY MUTUAL INSURANCE
COMPANY,

                     Defendants.

NOTICE OF APPEARANCE

Case No.: 18-cv-6828

PLEASE TAKE NOTICE that André L. Lindsay, Esq., of the Law Offices of Pullano & Farrow PLLC, hereby appears as counsel on behalf of AmBuild Company, LLC, Global Urban Enterprises, L.L.C., and Liberty Mutual Insurance Company, in the above-captioned action, and respectfully requests that a copy of all notices and other papers therein be served upon the undersigned at the office and post office address stated below.

Dated:  March 15, 2019
         Rochester, New York

**PULLANO & FARROW**

By:   /s/ *André L. Lindsay*
       André L. Lindsay, Esq.
       *Attorneys for AmBuild Company,*
       *LLC, Global Urban Enterprises,*
       *L.L.C., and Liberty Mutual*
       *Insurance Company*
       69 Cascade Drive, Suite 307
       Rochester, New York 14614
       Tel: 585-730-4773
       Fax: 888-971-3736
       Email: alindsay@lawpf.com

To: Kevin M. Cox, Esq.
**Camardo Law Firm, PC**
*Attorneys for Brooks Brothers Painting of Rochester, Inc.*
127 Genesee Street
Auburn, New York 13021
kevincox@camardo.com
Tel: 315-252-3846
Fax: 315-252-3508
(*VIA ECF*)